FILED_____ ENTERED
_____ LOGGED_____ RECEIVED

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

AUG 0 6 2015

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

*Ronald Satish Emrit*
*4529 Townwall Street*
*Las Vegas, NV 89115*

*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

*Ronald Cephas Emrit,*
*Tanya Brooks,*
*& National Institutes*
*of Health (NIH)*

*(Full name and address of the defendant(s))*
**Defendant(s)**

\*      \*
\*      \*
\*      \*
\*      \*
\*      \*
\*      \*
\*      \*
\*\*\*\*\*\*

Civil No.: **RWT 15CV2303**
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

1.     Jurisdiction in this case is based on:

☑    Diversity (none of the defendants are residents of the state where plaintiff is a resident)

☐    Federal question (suit is based upon a federal statute or provision of the United States Constitution)

☑    Other (explain) *NIH is a branch of the federal government.*

2.    The facts of this case are:

My sister Tanya Brooks mentioned to me that my mother (Karen Emn't) has Alzheimer's Disease. Tanya Brooks says that my father Ronald C. Emn't has been appointed as the guardian or guardian ad litem to take care of my mother. However, my telephone number has been blocked from calling my mother at (301) 262-8910. I have been advised that my mother may have between six months to a year to live. I am concerned that I may not be able to make it to my own mother's funeral if anything should happen to her. I am also concerned that my father is not taking the proper care of my mother in which I would attach a wrongful death complaint to this claim. The third defendant (NIH) has the responsibility to perform a clinical study on my mother to observe if any type of medicine will improve the function of oligodendrocytes, astrocytes, glial cells (neuroglia), and to improve the function of neurotransmitters such as glutamate, serotonin (5-HT), GABA, dopamine, and acetylcholine. NIH should have medicine to improve the function of her central nervous system (CNS), parasympathetic nervous system, peripheral nervous system, and/or her autonomic nervous system. NIH should have medicine to improve the function of her Band of Broca (responsible for speech and understanding,[2] amygdala (responsible for feeling emotions), and the suprachiasmatic nucleus (responsible for time sensation and the interpretation of circadian rhythms) and the basal ganglian cells

Complaint (Rev. 12/2000)

3.    The relief I want the court to order is:

☑ Damages in the amount of: _$ 750,000 (punitive and compensatory)_

☑ An injunction ordering: _I be appointed as guardian or guard-ian ad litem of my mother so that she can live with me._

☐ Other (explain) _____

_August 1, 2015_
(Date)

_Ronald Satish Emrit_
(Signature)

_Ronald Satish Emrit_
_4529 Townwall Street_
_Las Vegas, NV 89115_
_(301) 537-8471_
(Printed name, address and phone number of Plaintiff)

### Privacy Rules and Judicial Conference Privacy Policy

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.