**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Ronald Satish Emn't

4529 Townwall Street

Las Vegas, NV 89115                    *

(Full name and address of the plaintiff)
**Plaintiff(s)**

vs.                                         *

Ronald Cephas Emn't,
Tanya Brooks, &                      *
National Institutes
of Health (NIH)                       *

                                              Civil No.: _PWG - 15 - 2315_
                                              (Leave blank. To be filled in by Court.)

(Full name and address of the defendant(s))
**Defendant(s)**                     *

\*\*\*\*\*\*

**COMPLAINT**

1.    Jurisdiction in this case is based on:

☑    Diversity (none of the defendants are residents of the state where plaintiff is a resident)

☑    Federal question (suit is based upon a federal statute or provision of the United States Constitution)

☑    Other (explain) NIH is a political subdivision of the federal government and NIH is listed as the third defendant; I am also suing to be appointed as guardian or guardian ad litem of my mother who has Alzheimer's and to have power-of-attorney to make decisions on her behalf. My mother's doctor did not disclose to her directly that she has Alzheimer's and this is malpractice, negligence, and IIED).

Complaint (Rev. 12/2000)                    1

2.   The facts of this case are:

My sister Tanya Brooks informed me that my mother (Karen Emit) has been diagnosed with Alzheimer's Disease. The defendant NIH has the responsibility to develop medicine to improve the function of the Band of Brocalie, the part of the brain that handles speech interpretation. NIH has the responsibility to design medicine which improves the function of the amygdala, i.e. the almond-shaped part of the limbic system which handles emotions, NIH has the responsibility to design medicine which improves the function of the suprachiasmatic nucleus, i.e. the part of the brain which handles time perception and the human's response to Circadian Rhythms. NIH has the responsibility to design medicine which improves the function of Wernicke's Area and Brodmann's Area in addition to the frontal, parietal, occipital and temporal lobes. NIH has the responsibility to design medicine which improves the function of the diencephalon, mesencephalon, telencephalon, prosencephalon, rhombencephalon, hypothalamus, substantia nigra, corpus callosum, lateral geniculate nucleus, etc. My sister informed me that my father has been appointed as the guardian or guardian ad litem representing my mother. However, I think that my father is bossing around my mother notwithstanding the fact that she has Alzheimer's and I would attach a wrongful death claim onto this complaint if my mother should die while in my father's care. [2] I had been encouraging my mother to get a divorce so that she could sue my father for permanent alimony, rehabilitative alimony, and/or alimony pendente lite. My mother's doctor never informed her that she has Alzheimer's,

Complaint (Rev. 12/2000)

3.   The relief I want the court to order is:

☑ Damages in the amount of: _$750,000 in the form of punitive and_ compensatory damages

☑ An injunction ordering: _that my mother be placed in_ my care and that she be immediately flown to Las Vegas

☑ Other (explain) _Pursuant to Rule 17 of F.R.C.P., that I_ be appointed as guardian or guardian ad litem for my mother,

_August 2, 2015_
(Date)

_Ronald Satish Emrit_
(Signature)

_Ronald Satish Emrit_
_4529 Townwall Street_
_Las Vegas, NV 89115_
_(301) 537-8471_
(Printed name, address and phone number of Plaintiff)

## Privacy Rules and Judicial Conference Privacy Policy

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.

Complaint (Rev. 12/2000)                              3