IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RONALD SATISH EMNIT[1]                    *

Plaintiff                                         *

v.                                                *        Civil Action No.  PWG-15-2315

RONALD CEPHAS EMNIT,                     *
TANYA BROOKS, and
NATIONAL INSTITUTES OF HEALTH            *

Defendants                                        *
                                                ***

**ORDER**

The above-captioned case was opened on August 7, 2015, one day after Plaintiff filed a complaint asserting the same claims against the same parties.  *See Emrit v. Emrit*, Civil Action No. RWT-15-2303 (D. Md.).  This case was opened in error.  The complaint shall be filed in the earlier instituted case, RWT-15-2303, as an amended complaint and all other documents filed shall also be docketed in RWT-15-2303.  This case will be closed.

Accordingly, it is this ___ day of September, 2015, by the United States District Court for the District of Maryland, hereby ORDERED that:

1.  The Clerk SHALL DOCKET the Complaint as an Amended Complaint in RWT-15-2303 and SHALL DOCKET all other documents filed by Plaintiff as appropriate in RWT-15-2303;

2.  The Clerk SHALL CORRECT the spelling of Plaintiff and Defendant's last name;

3.  The Clerk SHALL PROVIDE a copy of this Order to Plaintiff and SHALL CLOSE this case.

_____
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

---

[1]  The correct spelling of Plaintiff's last name is Emrit.  The Clerk shall be directed to correct the error.